**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1789**

---

RICHARD COLEMAN,

                    Plaintiff - Appellant,

        v.

STATE OF NORTH CAROLINA, and its Agents; ELAINE BUSHFAN, in their official capacity; JENNIFER GREEN, in their official capacity; M. P. EAGLES, in their official capacity; DONALD STEPHENS, in their official capacity; GREGORY P. MCGUIRE, in their official capacity; NANCY FREEMAN, in their official capacity; JOHN H. CONNELL, in their official capacity; KAY SILVER, a/k/a Kay Shannon, a/k/a Silver, a/k/a Kay S. Coleman, a/k/a Kay Shannon Atkinson, a/k/a Kay Shannon Anthony, a/k/a K. S. Atkinson, in their official capacity,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, Chief District Judge.  (2:15-cv-00035-D)

---

Submitted:  November 29, 2016        Decided:  December 8, 2016

---

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Richard Coleman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Coleman appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing his complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. North Carolina, No. 2:15-cv-00035-D (E.D.N.C. June 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED